UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ERIC DEBERRY,

                               Petitioner,

- against -

ELLIOT SPITZER, New York State Attorney
General, and DALE ARTIS, Superintendent,

                               Respondent.
-----------------------------------------------------------x

**ORDER**

05 CV 5286 (NG)(RML)

**GERSHON, United States District Judge:**

    Having reviewed the objections to Magistrate Judge Levy's Report & Recommendation dated February 17, 2011, I adopt the Report in its entirety and deny the petition for a writ of habeas corpus.

    As Judge Levy describes, petitioner's Sixth Amendment right to present a defense was not violated where the witness, Mr. Velasquez, was known to defense counsel, who chose not to call him for tactical reasons. Treating the claim as a challenge to the trial court's ruling on the state motion to vacate the conviction, I agree with Judge Levy's analysis at footnote 3 of his Report & Recommendation. The objections to the other portions of the R&R are also without merit.

    Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253. The Clerk of Court is directed to enter judgment for respondent.

                                              SO ORDERED.

                                                    s/NG

                                                 **NINA GERSHON**
                                                 **United States District Judge**

Dated:  May 17, 2012
           Brooklyn, New York